United States District Court
Southern District of Texas

**ENTERED**

February 24, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SALVADOR ANTONIO GONZALEZ GALICIA, | § § § | |
| Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-0565 |
| PAMELA BONDI, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

The Court requires additional information concerning the Government's Motion for Reconsideration (ECF No. 9) by March 2, 2026. Each Party should file a brief discussing how procedural due process, as set forth in *Mathews v. Eldridge*, 424 U.S. 319 (1976), applies to Petitioner's detention. Parties may also raise any additional arguments they wish the Court to consider. Briefs are not to exceed five pages.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 24th day of February, 2026.

Keith P. Ellison
United States District Judge

1 / 1