United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SALVADOR ANTONIO GONZALEZ GALICIA,** § § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:26-CV-00565 |
| § | |
| **PAMELA BONDI,** *et al.***,** § § | |
| Respondents. § § | |

# ORDER

Petitioner has informed the Court that he no longer wishes to pursue habeas relief. Accordingly, his petition is **DENIED** as moot. The Government's motion to dismiss and motion for summary judgment is likewise **DENIED** as moot. The Clerk is instructed to close this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 2nd day of March, 2026.

_____
Keith P. Ellison
United States District Judge